[No. 30346-5-I.     Division One.     May 16, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. QUENTIN PARKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-06799-8, George T. Mattson, J., entered March 16, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 30575-1-I.     Division One.     May 16, 1994.]

GENERAL ACCEPTANCE CORPORATION, *Respondent*, v. B&E FINANCIAL, INC., ET AL, *Defendants*, RICHARD G. BUTKO, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-03555-5, Sharon S. Armstrong, J., entered March 31, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Becker, JJ.

[No. 33207-4-I.     Division One.     May 16, 1994.]

*In the Matter of the Dependency of* D.E.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. ALIENIA ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-7-00339-1, Frank L. Sullivan, J., entered June 23, 1993. *Affirmed* by unpublished per curiam opinion.